IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSE LUIS ROMAN,
Reg. #88685-079                                                                                    PLAINTIFF

V.                              2:12CV00022 SWW/JTR

T.C. OUTLAW, Warden; and
DOES, Unknown Medical Staff,
FCI-Forrest City                                                                                   DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff, Jose Luis Roman, is a prisoner in the Federal Correctional Institution located in Forrest City, Arkansas. He has commenced this *pro se* action alleging that Defendants have violated his constitutional rights. *See* docket entry #2.

On February 3, 2012, the Court entered an Order giving Plaintiff thirty days to file an Amended Complaint containing information necessary to complete the screening function mandated by 28 U.S.C. § 1915A. *See* docket entry #2. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] *Id.*

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or

As of the date of this Order of Dismissal, Plaintiff has failed to comply with the Court's February 3, 2012 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 3, 2012 Order.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 4th day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice*. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)