# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOSE LUIS ROMAN,
Reg. #88685-079                                                                           PLAINTIFF

V.                              2:12CV00022 SWW/JTR

T.C. OUTLAW, Warden; and
DOES, Unknown Medical Staff,
FCI-Forrest City                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 3, 2012 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 4th day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE